**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00003-CV

**BCH DEVELOPMENT, LLC AND BLANCHARD HOMES, LLC, Appellants**

**V.**

**LAKEVIEW HEIGHTS ADDITION PROPERTY OWNERS' ASSOCIATION AND BARBARA WOHLRABE, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05900-A**

## ORDER

We **GRANT** court reporter Cathye Moreno's request for extension of time to file the record and **ORDER** the record be filed by January 24, 2014. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE